**United States District Court**
**Western District of Washington at Seattle**

| | |
|---|---|
| **St. Paul Fire and Marine Insurance Company**, <br><br>Plaintiff, <br><br>v. <br><br>**Shirley Dorsey, individually and as personal representative of the Estate of Howard E. Dorsey, Sr.; Akira Nakamura and Fumi Nakamura, husband and wife, and the marital community composed thereof; Wesley James Hammer and Darleen G. Hammer, husband and wife, and the marital community composed thereof; and Joyce Hurlbert,** <br><br>Defendants | No. C06-1844RSL <br><br>**Stipulated Order to Stay Lawsuit and Continue Trial** |

The parties stipulate to the following Order to allow the parties to pursue settlement and possibly avoid the need to try the case.

DATED: October 26, 2007.

                                          s/ Richard L. Lambe
                                          WSBA# 9320
                                          Attorney for Plaintiff
                                          Lambe Law Firm, P.S.
                                          8931 SE 74th Place
                                          Mercer Island, WA 98040
                                          Telephone: 425-455-7315
                                          Fax: 206-219-6698
                                          rlambe@cdbrief.com

**Stipulated Order to Stay Lawsuit and Continue Trial** (C06-1844RSL)  - 1

```
s/ Bruce Winchell
WSBA# 14582
Attorney for Defendant Joyce Hurlbert
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, Washington 98104-1064
Telephone: (206) 382-1000
Fax: (206) 386-7343
bwinchell@mms-seattle.com

s/ John W. Murphy
WSBA# 6079
Attorney for Defendant Shirley Dorsey
Law Offices of John Murphy
1002 South Third Street
Mount Vernon, Washington 98273-4302
Telephone: (360) 336-6647
Fax: (360)336-3923
JohnMurphy@JWMurphylaw.com

s/ Jess G. Webster
WSBA# 11402
Attorney for Defendants Akira Nakamura and
Fumi Nakamura
Mikkelborg Broz Wells & Fryer PLLC
1001 4th Ave Ste. 3600
Seattle, WA  98154-1115
Telephone: (206)623-5890
Fax: (206) 623-0965
Jgwebster@mikkelborg.com
```

**ORDER**

Pursuant to the Parties' Stipulation, the Court orders as follows:

1. This matter is stayed until April 4, 2008, except as to:

    a. Any motion or stipulation to allow St. Paul to amend its Complaint to plead a claim against the Akira Nakamura personal representative in the same manner as St. Paul's claim against the Howard Dorsey personal representative.

    b. Defendants' pursuit of cross-claims for indemnity and contribution against Wesley James Hammer and Darlene G. Hammer, as well as Stephen R. Hammer and Marilyn M. Hammer, and St. Paul's pursuit of claims against Stephen R. Hammer and Marilyn M. Hammer.

      c.    Claims for contribution by the Estate of Dorsey against the Estate of Nakamura, and claims for contribution by the Estate of Nakamura against the Estate of Dorsey.

2. The trial in this matter is continued from May 5, 2008 to November 3, 2008.

3. All pretrial dates are extended by approximately six months, with the exact dates to be set by the Clerk based on the new trial date in an Order setting Trial Date and Related Dates, which will replace the Minute Order Setting Trial Date & Related Dates dated May 23, 2007.

Dated: November 7, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

LAMBE LAW FIRM, P.S.

s/ Richard L. Lambe
WSBA# 9320
8931 SE 74th Place
Mercer Island, WA 98040
425-455-7315
Fax 206-219-6698
rlambe@cdbrief.com
Attorney for Plaintiff

C:\Documents and Settings\TRoberts\Local Settings\Temp\notesFFF692\071011 Stipulated Order to Stay Lawsuit.WPD

**Stipulated Order to Stay Lawsuit and Continue Trial** (C06-1844RSL) - 3